**Electronically Filed
Supreme Court
SCWC-22-0000641
18-NOV-2025
01:50 PM
Dkt. 16 OGAC**

SCWC-22-0000641

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STEVE F. LOYOLA and TY AARON MEDEIROS,
Petitioners/Appellants-Appellants,

vs.

COUNTY OF HAWAIʻI,
Respondent/Appellee-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000641; CASE NO. 16-1-0414)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ., and
Circuit Judge Malinao, assigned by reason of vacancy)

Petitioners/Appellants-Appellants Steve F. Loyola and

Ty Aaron Medeiros's Application for Writ of Certiorari, filed on

September 25, 2025, is hereby accepted and will be scheduled for

oral argument.  The parties will be notified by the appellate

clerk regarding scheduling.

IT IS FURTHER ORDERED that the parties shall submit

supplemental briefing on the legal standard governing adverse

employment actions in the context of free speech retaliation

under article I, section 4 of the Hawaiʻi Constitution.

Within twenty days from the date of this order, each party shall file a supplemental brief, not exceeding twenty pages in length, exclusive of title page(s), indices, appendices, and certificate of service.  No responses shall be filed.

DATED:  Honolulu, Hawaiʻi, November 18, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Clarissa Y. Malinao

